# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| S.S., *et al.*, | |
|     Plaintiffs-, | NO. 3:17-CV-00935 |
| v. | (JUDGE CAPUTO) |
| WAYNE COUNTY CHILDREN AND YOUTH SERVICES, | |
|     Defendant-. | |

## ORDER

**NOW**, this 8th day of February, 2018, **IT IS HEREBY ORDERED** that Defendant Wayne County Children and Youth Services' Motion to Dismiss Plaintiffs' Complaint is **GRANTED.** Plaintiffs' Complaint is **DISMISSED without prejudice**.


                                                  /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge